# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMERIPRISE FINANCIAL SERVICES, INC.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-1933-Orl-31DAB**

**PAUL A. FISCHETTI,**

        **Defendant.**

_____

## ORDER

On April 30, 2012, Magistrate Judge Baker issued a Report and Recommendation (Doc. 11) that Plaintiff's Motion for Default Judgment (Doc. 10) be granted. No objections to the Report and Recommendation have been filed. It is, therefore

**ORDERED** that the Report and Recommendation is CONFIRMED and ADOPTED as part of this Order. Plaintiff's Motion for Default Judgment confirming the arbitration award is GRANTED. The clerk is directed to enter judgment for Plaintiff and against Defendant, Paul A. Fischetti, in the amount of $262,394.07, plus interest ($30.31 a day for 535 days) of $16,215.85, for a total of $278,609.92. After entry of judgment, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 21, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                          GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE